IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR139 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| AMANDA BLACK, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America, and against the defendant, Amanda Black, providing that she shall take nothing, and hers motion to vacate conviction (filing 58) is denied with prejudice.

September 12, 2007          BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge